IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TYRONE BAKER,

    Petitioner,

v.                                                        CASE NO. 5:08cv337-RH/AK

WALTER MCNEIL,

    Respondent.
_____/

# O R D E R

This matter is before the Court on Doc. 5, Motion for Leave to Proceed *in forma pauperis*, by Tyrone Baker. A review of Petitioner's inmate account statement reveals that he has the funds to pay the $5.00 filing fee, in that his average deposits for the last six months is more than $25.00 per month and his current balance exceeds $25.00 as well. Further review of Petitioner's petition will be deferred until the $5.00 filing fee is paid.

Accordingly, it is **ORDERED**:

1. Petitioner's motion to proceed *in forma pauperis*, Document 5, is **DENIED**.

2. Petitioner shall have until **January 12, 2009**, to submit the $5.00 filing fee to the Clerk of Court.

3. **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**.

**DONE AND ORDERED** this  *9th*  day of December, 2008.

                                *s/ ALLAN KORNBLUM*
                                **ALLAN KORNBLUM**
                                **UNITED STATES MAGISTRATE JUDGE**